# Third District Court of Appeal

## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1665
Lower Tribunal No. 13-33734
_____

**Roberto Soler, Jr.,**
Appellant,

vs.

**Federal National Mortgage Association, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Roberto Soler, Jr., in proper person.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC, David Rosenberg and Jarrett Cooper (Boca Raton), for appellee Federal National Mortgage Association.

Before LINDSEY, GORDO and BOKOR, JJ.

PER CURIAM.

Roberto Soler, Jr., a non-party to the underlying proceedings, appeals the court's order overruling his objection to the sale of property which was the subject of a final judgment of foreclosure in 2014. Because Soler did not seek to intervene below and was never made party to the pre- or post-judgment foreclosure proceedings, he cannot properly appeal from the trial court's order. See Edwards v. CIT Bank, N.A., 306 So. 3d 217, 219 (Fla. 3d DCA 2020) ("Florida law clearly establishes that a non-party in the lower tribunal is a stranger to the record and, therefore, lacks standing to appeal an order entered by the lower tribunal." (internal quotation marks omitted) (quoting Portfolio Invs. Corp. v. Deutsche Bank Nat'l Tr. Co., 81 So. 3d 534, 536 (Fla. 3d DCA 2012))).

Dismissed.